**Original**

United States District Court
For the District of Columbia

ABDUL WAKIL AMIRI
plaintiff.

V- Hilton Hotels Cor
Hilton Hotel Wash
et al. Defendants.

CASE NUMBER 1:06MS00460
JUDGE: Ellen Segal Huvelle
DECK TYPE: Miscellanous
DATE STAMP: 09/29/2006

plaintiff AMIRI's
Motion For Clarification
of the enclosed ruling
of 9-19-06 by the Honorable
Judge Huvell.

Argument (1) plaintiff filed his Motion For Reconsideration on July 18-2006 in all my cases but in one case it was denied, other cases were not touched.

(2)- plaintiff filed his supplemental Motion for Reconsideration on Aug-8-06 with the Exhibit No. A to be sure that the Court erred in its denial, see the Motion of Aug 8-2006 and copy of Court order of Aug 1st-06

(3)- The Hon. judge Huvell denied plaintiff Motion of Aug. 8-2006 without clarification and without paying attention to Exhibit No. A of the Court order of Aug 1st 2006 with great error, see the Aug. 8-2006 Motion again with its Exhibit No. A - With great Error-

(4)- The Hon. judge Huvell was Defendant to plaintiff in Federal Court under another case she is not entitled to judge in these cases due to conflict of Interest as she is not neutral, plaintiff requests clarification and Reconsideration by another judge. Respectfully ABDUL W. AMIRI

RECEIVED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

original      United States District Court
For the District of Columbia

ABDUL WAKIL AMIRI
plaintiff.

V- Hilton Hotels Corporation
    Hilton Washington Hotel
    et al. Defendants

**Leave to file DENIED**
/s/ Ellen S. Huvelle
United States District Judge
9/19/06

plaintiff AMIRI's Motion for Supplemental Reconsideration of Court order of Aug 1st 2006, as Exhibit No. A.

Arguments: 1- Due to plaintiff's civil Right violations he filed 5 complaints with affidavits and attached applications on 06-28-06 one complaint on 07-13-06 and three other complaints on 07-11-06 to be granted without prepayments of Fees and Costs, but denied for saying plaintiff is employed.

2- Plaintiff filed his Motions for Reconsideration because in his affidavits, he clearly mentioned that his Monthly in Come, as security officer is $1000 aproximately but his monthly Apt. Rent is $1014 and his entire amount of his Monthly in Come is paid in his Monthly Apt. Rent and he remains penny less, how can he pay the very higher Fee to fight his civil Right violation.

3- The August 1st 2006 Court order is enclosed with this Motion, as Exhibit No. A. for saying that one of my complaints of Reconsideration was denied for not submitting his affidavit that includes a statement of all of my assets as required by 28 USC 1915 (a) but it is Court's Error because I have submitted affidavits of my statements of assets. I am entitled to grant my motions and this one because my in Come is on zero level after payment of Apt rent.

Respectfully, ABDUL W. AMIRI /s/

RECEIVED AUG - 8 2006

*Exhibit NO. A*

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001
AUGUST 1, 2006

*08-04-06*

Abdul W. Amiri
P.O. Box 75822
Washington, D.C. 20013

RE: Motion For Reconsideration

Dear Mr. Amiri:

It appears that you have filed a motion for reconsideration and that you contends that you are unable to pay the filing fee, but you have not submitted an affidavit that includes a statement of all your assets as required by 28 U.S.C. 1915 (a). Therefore your motion for reconsideration is DENIED.

NANCY MAYER-WHITTINGTON, CLERK

By: L. Scott
Deputy Clerk

*Plaintiff's Comments:*

*My affidavits are attached with pepplications to each of my complaint, it says that plaintiff is employed as security officer but his entire amount of his monthly income is paid in his monthly Apt. Rent. AWA*