## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ABDUL WAKIL AMIRI,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06mc460 (ESH) |
| **HILTON HOTELS CORP.,** *et al.*, | ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiff's motions for reconsideration and for clarification are **GRANTED**, and it is further

**ORDERED** that plaintiff's applications to proceed *in forma pauperis* are **DENIED**, and it is further

**ORDERED** that this miscellaneous action is **DISMISSED WITHOUT PREJUDICE**.

This is a final Order.

**SO ORDERED**.

/s/
ELLEN SEGAL HUVELLE
United States District Judge

Date: November 20, 2006