Original United States District Court
For the District of Columbia

ABDUL WAKIL AMIRI
    Plaintiff.

V - Hilton Hotels Corp., et al,
    Defendants.

                    Civil Action No.
                    06mc460(ESH)

        Plaintiff's Motion For
        Re Consideration of The Court
        Order and Memorandum of 11-20-2006

        Plaintiff Requests The Honorable Court to
grant his Motion For the Following:

Argument: As mentioned by the Hon Court That
plaintiff submitted FIVE Complaints on June 28
2006, one Complaint on july 3, 2006 and three
Complaints on july 11, 2006 each accompanied
by an application to proceed in Forma pauperis.
and a Motion to excuse plaintiff from Local
Rule to be able to use His P.O. Box due to safety
reasons. plaintiff Respects This Memorandum
For granting clarification but again the Honorable
Court ERRED and plaintiff will remind For it:
① The Court dismissed all Complaints for reasoning
That plaintiff lists no other assets, income, or expenses.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
NOV 29 2006
RECEIVED

and he appears to have had a second job ??
at some point based on allegations, set Forth
in one of his Complaints. it is unclear how
plaintiff provides For his living expenses, ??
beyon his rent based on the income he reports,
but neither his application nor his motions
address these inconsistencies. plaintiff does
not have second job, but has applied for
second jobs with so many other Employers.
this Honorable Court may be misunderstood
or is pesimistic about plaintiff peace Activism
which is not a paid job. That 2nd job is
that plaintiff was leader of an unarmed
political underground Movement called
The silent Majority of Afghanstan,
which is the greatest political party of
my Country after 9-11-2001 and I am
The leader of it in Contact with World
leaders how to help my Country and 75%
Educated class of the Country and Government
leaders - Tribal leaders of the Country including
the Afghan Refugees world wide are members,

-4-

stated by this Honorable Court. The Clerk office may have erred for not submitting the 3rd one to the Hon. Court. The Deputy Clerk Ms. Laureen told plaintiff yesterday 11-28-06 that the 3rd Application Will be provided to this Court upon request, plaintiff also has the Copy of the 3 Applications.

(4) plaintiff does not have living expenses as usual for other people because I do not smoke do not drink - do not use prescription or illegal Drugs and other expenses or over expenses. It is God's blessing that I never get sick and never go to Doctor and pain Free and Medicine Free person. it is personal For me to tell anyone as nobody know of my living expense, except myself but the Honorable Court wants to Know, so I explain that I pay $903 - For my Apt. rent Since 02-02-06 but in june my apt. rent was increased to $1014 - and I am not able to pay it, and I have been paying $903 - since then and the Housing

The Housing provider is not paid the $111—
rent Increase Since, June-06 as this Case
is under review by an administrative Law
Judge of the Housing Commission of the
District of Columbia for Housing Code
Violation. if the Hon. Judge rules to pay the
rent Increase, I will be Forced to pay for
the Past 6 Months $666 also but so far
I Live on $100 — per Month—

(5) For years and years I do not eat
break fast — Lun ch — brun ch but
drink a Cup of creamly Hot Tea
in the Morning and after 2 p.m. to right
thurst but no FOOD as I can not afford
to eat break fast and Lunch but for
Dinner, every night before I go to work
as security officer, I buy bread and.
eat bread with Fresh onion and a cup
Of Milk only — some times I eat once
a week or In lo Days once — some times
I Donot eat In Two weeks once due to my Budget.
In Two Weeks I eat bread with onion
and a cup of Milk but usually every night I eat,

6- Nobody knows my secret but I know. Sometimes I eat bread with onion and a cup of Milk in 3 Days or 2 Days but I live with one hundred Dollars, with this a Month $100 - I buy shaving cream - shavers - Tooth paste. I walk to and from duty even if raining. No Transportation and my Mail is also done when I need with this $100 a month. I feel if I am a hostage to work. Some times Unexpectedly my Employer gives me over Time work for 8 HRS - 6 or 4

7- hours once or Twice a Month so it helps. Some times I live with 50- or 60 Dollars a Month. Some times Un expectedly my Employer assign me to work for one Day as over Time work, 8 hours a Day for some Days, then they cut it back to 40 hours but I do not have

8- More bills and I need $100- For living to manage myself. therefore my living expenses are $100- per Month or more if I have over Time Hours. Also I pay 54 Dollars a Month For My Tel. Bill. No more Income and no more expenses exists,

9- I would be forced to give up the basic necessities of life if required to pay the cost of the Lawsuit. Therefore I am entitled to be granted in Forma pauperis status and I do not have any amount to pay.

10- If I eat once a Day in the Evening only bread With a cup of Milk, I can survive and I share with our country children and our Mothers, who stay hungry. Conclusion; in order to fight My civil Right Violation, I am entitled for in Forma pauperis status on the basis of paragraph No. 9, Respectfully
ABDUL W. AMIRI SWA
SWA

Exhibit
No. A —



**THE WHITE HOUSE**

WASHINGTON

I asked president
Bush and also U.N.
Secretary General
Kofi Annan by my
Faxes That the
afghan children
and their mothers should
not be compared to
Jesus christ, who
died for your sin.
Afghan children and
their mothers do not want
to die for some ones guilt.

November 27, 2001

Abdul Wakil Amiri
Chairman
National High Council of the Silent
  Majority of Afghanistan
Post Office Box 75822
Washington, D.C.  20013-0822

Dear Abdul Amiri:

Thank you for writing about the acts of war committed against the United States on September
11.  In the face of this evil, our country remains strong and united, a beacon of freedom and
opportunity to the rest of the world.

Our government continues to serve the American people.  Our intelligence, military, and law
enforcement communities are working non-stop to find those responsible for these attacks.  We
will make no distinction between the terrorists who committed these acts and those who help or
harbor them.

We must remember that our Arab and Muslim American citizens love our Nation and must be
treated with dignity and respect.  Americans of every creed, ethnicity, and national origin must
unite against our common enemies.

Since these terrible tragedies occurred, our citizens have been generous, kind, resourceful, and
brave.  I encourage all Americans to find a way to help.  Web sites like LibertyUnites.org can
serve as a resource for those wanting to participate in the relief efforts.

May God bless you and may God bless America.

Sincerely,

George W. Bush

I asked The president
not to bomb Afghans,
They already Terrorized
by The enemy of
humanity. I told him
That U.S. Diplomatic, Defense,
Intelligence, and Law enforce
-ment Agencies were
negligent Also

*Exhibit NO. B-*

# United Nations  Nations Unies

OFFICE OF THE SPECIAL REPRESENTATIVE OF
THE SECRETARY-GENERAL FOR AFGHANISTAN
KABUL
TEL.: (+1) 212 963 2668
(+39) 24 6101 • FAX: (+1) 212 963 2669 / +39 0831 24 6103

REFERENCE:

10 August 2003

Dear Mr. Amiri,

I would like to thank your for your letter of 18 July expressing your concern for Afghanistan's civilian population.

I have consistently emphasized the need for improved security in Afghanistan and share your view that an effective disarmament, demobilization, and reintegration programme is necessary for a return of security to the country.

As you are aware, armed factions throughout Afghanistan are unwilling to disarm as long as they perceive important institutions within the Transitional Administration as representing factional and political interests, rather than national ones. For this reason, President Karzai, the international donor community, and the UN have insisted that the Ministry of Defence be reformed prior to the initiation of the disarmament process. We are beginning to see progress on this front and I am confident that necessary reforms will be achieved in the near future.

These reforms will help ensure that the return of peace and stability in Afghanistan is a permanent one enjoyed by all citizens of Afghanistan, regardless of their ethnicity, religion, gender, or political affiliation.

Yours sincerely,

Lakhdar Brahimi
Special Representative of the
Secretary-General for Afghanistan

Abdul Wakil Amiri
Chairman
National High Council of the Silent
 Majority of Afghanistan
Washington

*Exhibit No. C*

*Ministerie van*
**Buitenlandse Zaken**

A.W. Amiri
P.O.Box 75822
Washington D.C. 20013
USA

Bezuidenhoutseweg 67
2594 AC The Hague
The Netherlands

| | | | |
|---|---|---|---|
| *Date* | January 21, 2005 | *Contact* | DAO |
| *Our ref.* | DAO 0039-04 | *Tel.* | 070-3486008 |
| *Page* | 1/1 | *Fax* | 070-3485323 |
| *Encl.* | - | | dao@minbuza.nl |
| *Re* | your letter of 15 December 2004 | | www.minbuza.nl |
| *Cc* | - | | |

Dear Mr Amiri,

On behalf of Minister of Foreign Affairs Bot I would like to thank you for your letter ~~of 15 December 2004. The approval that you show for the Dutch efforts to assist the~~ Afghans is appreciated.

The Netherlands will remain involved in reconstruction and peacekeeping in Afghanistan, as will the European Union. We will also support the further democratisation and are looking forward to the upcoming parliamentary elections.

Yours sincerely,

Robert Milders
Director, Asia and Oceania Department

*I asked The Foreign Minister to help Afghanistan not only by your Government but by EU Nations Also,*

*A*

Exhibit
No D -



## Australian Government

### Department of the Prime Minister and Cabinet

TELEPHONE:  (02) 6271 5111
FACSIMILE:  (02) 6271 5414

3-5 NATIONAL CIRCUIT
CANBERRA, A.C.T. 2600

**23 March 2006**

Mr Abdul Wakil Amiri
Leader
Silent Majority of Afghanistan and
National High Council of Coordintion and Unification of the SMA
PO Box 75822
Washington DC  20013
UNITED STATES OF AMERICA

Dear Mr Amiri

On behalf of the Prime Minister, I would like to thank you for your correspondence of
3 March 2006 regarding your application to replace Mr Kofi Annan at UN Secretary General.

The Prime Minister appreciates the time you have taken to convey your views to him.
However, he regrets that due to the large volume of correspondence he receives, he is unable
to respond to each item personally. Consequently, and to ensure that issues receive the
attention they deserve, the Prime Minister has asked that correspondence be referred to his
ministers for further consideration. I have referred your correspondence to the Minister for
Foreign Affairs, the Hon Alexander Downer MP for attention, given that he is responsible for
the development of policy on this matter.

Again, thank you for taking the time to write to the Prime Minister.

Yours sincerely

**Ministerials Officer**
**Ministerial Correspondence Unit**

*The Australian
Prime Minister is
so kind when she
hear from me but I said
to him to help my Candidacy
for the good cause of Humanity*



**Minister-President**
Ministerie van Algemene Zaken

Postadres
Postbus 20001
2500 EA  Den Haag

Bezoekadres
Binnenhof 19, Den Haag

Telefoon
+31 70 308 1965

Fax
+31 70 356 4683

Datum
27 augustus 2004

Kenmerk
475821

Mr A.W Amiri
P.O.Box 75822
WASHINGTON DC
VERENIGDE STATEN VAN AMERIKA

Dear Mr Amiri,

Herewith I acknowledge the receipt of your letter of July 22nd 2004. In this letter you express your concern for the children in Afghanistan.

I appreciate your concern for this situation. I would like to thank you for bringing this subject to my attention.

Yours sincerely,

Prime Minister of the Kingdom
of the Netherlands,

dr. Jan Peter Balkenende

Exhibit
No. M-



## 10 DOWNING STREET
### LONDON SW1A 2AA

From the Direct Communications Office

5 September 2006

Mr Abdul Wakil Amiri
National High Council of Coordination and
Unification of The S M A
PO Box 75822
Washington DC 20013
USA

Dear Mr Amiri

The Prime Minister has asked me to thank you for your
recent letter, the contents of which will be carefully noted.

Mr Blair has asked that your letter be passed to the Foreign
and Commonwealth Office which has particular
responsibility for the matter you raise so that they are also
aware of your views.

Before I was
replaced by other
afghan candidate;

Yours sincerely

M Davies

M DAVIES

I asked I was candidate from Afghanistan
Tony Blair that I'll be
in the service of Humanity if I am
elected as UN secretary General
to Reform the very corrupt UN,
and My Mission will be Historical
for Humanity, peace, and

**REGERINGSKANSLIET**

12 August 2004

Ministry for Foreign Affairs
Sweden

Minister for Foreign Affairs

Abdul Wahid Amiri
Chairman
National High Council of the Silent
Majority of Afghanistan
PO Box 75422
Washington, DC 20013
United States of America

Dear Mr. Amiri,

Thank you for your letter of June 20, 2004, expressing concern at the plight of Afghanistan's civilian population.

The Swedish Government shares your concern for the civilian population of Afghanistan, particularly in the light of the currently strained security climate and the difficulties of humanitarian assistance, we welcome the recent announcement of the extension of the International Security Assistance Force (ISAF) to other parts of Afghanistan.

The Swedish Government looks forward to the upcoming presidential election in October and parliamentary elections in April 2005, as ways to continue the democratization process and the transfer of power.

I can assure you that Sweden and the EU will continue to work for peace and security, economic development and human rights in Afghanistan, with a long-term perspective.

Yours sincerely,

Laila Freivalds

*I asked swedish prime minister and Foreign Minister to help us by swedish government and through the E U Nations also —A*

Postal address
SE-103 39 Stockholm
SWEDEN

Visitors' address
Gustav Adolfs torg 1

Telephone
+46 8 405 10 00

Fax
+46 8 723 11 76

E-mail registrator@foreign.ministry.se

Telex
105 90 MINFOR S