# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ABDUL WAKIL AMIRI
P.O. Box 75 822 Wash, D.C. 20013
_____
Plaintiff

vs.                                     Civil Action No. 06mc-460 (ESH)

Hilton Hotels Corp. et al,
_____
Defendant s

## NOTICE OF APPEAL

Notice is hereby given this 20th day of December, 2006, that
I Abdul Wakil AMIRI plaintiff in all these cases
hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from
the judgment of this Court entered on the 1st August day of 11-20-06 and 12.6.06, 2006
in favor of Defendants because the Hon. Court erred in each
of the above orders and Memorandum
against said plaintiff, plaintiff reminded the Hon Court that
the Court made serious Errors in each order and
in its Memo. plaintiff is entitled to the relief see Adkins
EL Dupont de Nemours and Co,
335 U.S. 331, 339 (1948). In order to
Right my civil Right violation.

Attorney or Pro Se Litigant
AW Amiri
ABDUL W. AMIRI

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

no fee pd
pm
12/20/06

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses
indicated:

1- plaintiff's Applications to proceed in forma pauperis
are denied by great error.
2- this miscellaneous actions dismissed w'thout prejudice
due to Court's ERROR-

RECEIVED
DEC 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT