# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 06-7209**  **September Term, 2007**

06ms00460

**Filed On: January 11, 2008**

[1091544]

Abdul Wakil Amiri,
    Appellant

v.

Hilton Hotel Corporation,
    Appellee

## O R D E R

By order filed November 16, 2007, directing appellant to pay his docketing and filing fees to the district court, by December 17, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. Appellant received and signed for the order on November 23, 2007. To date, appellant has not complied with the court's November 16, 2007 order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App.Pro.41(a)
ISSUED: 2/15/08
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5405**                                **September Term, 2007**

07ms00536

In re: Johnny Ray Chandler,
      Petitioner

Filed On:



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  FEB 1 4 2008

**CLERK**

**O R D E R**

    It is **ORDERED**, on the court's own motion, that the petition be reopened in light of the court's receipt on February 7, 2008, of petitioner's motion for leave to proceed in forma pauperis. The Clerk is directed to note the docket accordingly.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Nancy G. Dunn
Deputy Clerk